AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2020

SEAN F. McAVOY, CLERK

REBECCA P.,

*Plaintiff*

v.

ANDREW M. SAUL,
Commissioner of Social Security,

*Defendant*

Civil Action No. 4:19-CV-5206-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 10, is GRANTED. The matter is REVERSED and REMANDED to the Commissioner of Social Security pursuant to Order at ECF No. 13.
Defendant's Motion for Summary Judgment, ECF No. 11, is DENIED.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Edward F. Shea  on cross-motions for summary judgment.

Date:  June 10, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*

Angela Noel